*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Date: April 24, 2025 |
| vs. | Case No.: 23-03113-01-CR-S-BCW |
| **GARY EUGENE EDWARDS** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Motion Hearing

**Time Commenced:** 9:13 a.m.          **Time Terminated:** 10:00 a.m.

### APPEARANCES

**Plaintiff:**    Jim Kelleher, AUSA
**Defendant:**  Ben Stringer, CJA

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Court notes that Defendant has filed a Motion to Dismiss Complaint after Indictment is Filed (Doc. # 66). Arguments made by counsel regarding motion. Defense orally request additional time for briefing of the matter. Court grants oral request, and additional briefing is due May 5, 2025. Government has 14 days to respond. Government calls Witness Issac McPheeters, sworn and testifies on direct, cross, recross, redirect examinations and answers questions propounded by the court. Witness excused. Court takes matter under advisement.

Defendant in custody.

**Witnesses:**
Issac McPheeters – Special Agent, FBI) (9:34 a.m. – 9:52 a.m.)

**Courtroom Deputy/ERO:** Karla Berziel